## MOTION DOCKET

**86–512.** State v. Byrd. *Hamilton County,* No. C–830676. On motion to reinstate stay. Motion granted. *Sua sponte,* all other cases filed by Byrd in the Supreme Court of Ohio are dismissed.

HOLMES, J., would deny the motion to reinstate stay.

**89–1379.** State v. Holmes. *Stark County,* No. CA–7707. On motion to produce/transmit record. Motion denied.

**90–151.** State, ex rel. Weaver, v. Bd. of Commrs. of Lake Cty. In Mandamus. On motion to dismiss and motion to supplement the record. Motions denied.

**90–691.** State v. Powell. *Butler County,* No. CA89–02–028. On motion to waive cost of copying. Motion granted.

H. BROWN, J., dissents.

**90–1117.** Patterson v. Baker. In Habeas Corpus. On motion to dismiss and motion for bond. Motions denied.

**90–1902.** State, ex rel. Fenley, v. Ohio Historical Society. In Mandamus. On request for oral argument. Request denied.

DOUGLAS and H. BROWN, JJ., dissent.

**90–2359.** State v. Tolbert. *Hamilton County,* No. C–890040. On motion for leave to file *amicus* of Ohio Public Defender Commission and Ohio Association of Criminal Defense Lawyers. Motion granted.

HOLMES, J., dissents.

**91–142.** State v. Rhodes. *Franklin County,* No. 90AP–289. On motion for leave to file *amicus* of Ohio Public Defender. Motion granted.

HOLMES, J., dissents.

**91–199.** State v. Wyant. *Delaware County,* No. 90–CA–2. On motion to clarify court order. Motion denied. On motion for leave to file *amicus* of American Civil Liberties Union and on joint motion for leave to file *amicus* of National and Ohio Associations of Criminal Defense Lawyers. Motions granted.

HOLMES, J., dissents.

**91–391.** State v. Springer. *Hamilton County,* No. C–890703. On motion for leave to file reply brief of *amicus* instanter. Motion denied.

DOUGLAS, H. BROWN and RESNICK, JJ., dissent.